NORRIS McLAUGHLIN, P.A.
Margaret Raymond-Flood, Esq.
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, NJ  08807
(908) 722-0700
Direct: (908) 252-4228
Fax: (908) 722-0755
Email: mrflood@norris-law.com
*Attorneys for Defendant, Abu Ahsan*

|  |  |  |
|---|---|---|
| Michael Romero, | : : : : : : : : : : : : | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |
| Plaintiff, | | CIVIL ACTION NO. 3:13-cv-07695-FLW-DEA |
| v. | | |
| Abu Ahsan, | | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| Defendant. | | Document Electronically Filed |

This matter having been amicably resolved by and among the parties, it is hereby stipulated and agreed that Plaintiff's Complaint is dismissed with prejudice and without costs against any party.

| | |
|---|---|
| NORRIS McLAUGHLIN, P.A. | STONE CONROY, LLC |
| *Attorneys for Defendant, Abu Ahsan* | *Attorneys for Plaintiff, Michael Romero* |
| | |
| s/ Margaret Raymond-Flood | s/ Surinder K. Aggarwal |
| Margaret Raymond-Flood, Esq. | Surinder K. Aggarwal, Esq. |
| | |
| Dated: July 26, 2022 | Dated: June 23, 2022 |